# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TURQUOISE PROPERTIES GULF, INC., and U.S. BANK NATIONAL ASSOCIATION,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CIVIL ACTION NO. 09-00272-KD-N** |
| **IBERIABANK, a Louisiana Bank,** | ) ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 8, 2009, is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that defendant's motion to dismiss Plaintiff Turquoise Properties Gulf, Inc. (Doc. 25) be and is hereby **DENIED**.

**DONE** this 21st day of October, 2009.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE